IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| Marylynn Ostergaard, | ) | |
| | ) | Civil No. 07-834-JE |
| Plaintiff(s), | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| Commissioner Social Security Administration, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the Opinion & Order (#35), filed 11/17/08, **IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice. Pending motions, if any, are **DENIED AS MOOT**.

Dated this 20th day of November, 2008.

by _____/s/ John Jelderks_____
John Jelderks
United States Magistrate Judge